## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                       **No. 19-cv-0242 CG/SMV**

**ALLEN DIBBLE, KATHY DIBBLE, and**
**LEA COUNTY TREASURER,**

    **Defendants.**

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff has failed to take any substantive steps to prosecute its claims for 118 days, or since April 17, 2019, when it served Defendants Kathy and Allen Dibble. [Docs. 4, 5]. Accordingly, Plaintiff must show good cause within 30 days why its claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **September 12, 2019**, why its claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**