IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                  No. 19-cv-0242 CG/SMV

ALLEN DIBBLE, KATHY DIBBLE, and
LEA COUNTY TREASURER,

    Defendants.

## ORDER GRANTING MOTION TO BE HEARD AND DIRECTING
## THE DIBBLE DEFENDANTS TO PROVIDE THEIR MAILING ADDRESS(ES)

THIS MATTER is before the Court on the letter filed on September 23, 2019, from Defendants Allen Dibble and Kathy Dibble, asking to be heard. [Doc. 16]. The Court intends to grant the motion and to schedule a hearing.

However, on review of the docket and the filings in this matter, the contact information for Defendants Allen Dibble and Kathy Dibble remains unclear. For example, there are at least three addresses for Defendants in Document 16. Without correct contact information, Defendants will not receive notice of filings in this case, including any order of the Court setting the hearing they request. Accordingly, Defendant Allen Dibble and Defendant Kathy Dibble are each directed to complete one copy of the CM/ECF Pro Se Notification Form and return to it the Court within 14 days. This form requires each Defendant to provide his or her *mailing* address—either a post office box or a street address but not both—and phone number and allows each Defendant to elect the method of receiving notifications from the Court (postal mail, electronic mail, or fax).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED** that Defendant Allen Dibble's and Defendant Kathy Dibble's request to be heard [Doc. 16] be **GRANTED**. A hearing will be set once the Court receives the correct contact information for each of the Dibble Defendants.

**IT IS FURTHER ORDERED** that Clerk **MAIL** one copy of this Order and one copy of the CM/ECF Pro Se Notification Form to each of the following:

| | |
|---|---|
| Allen Dibble<br>518 N. Hinson Rd.<br>Lovington  NM 88260 | Kathy Dibble<br>518 N. Hinson Rd.<br>Lovington  NM 88260 |
| Allen Dibble<br>PO Box 704<br>Lovington  NM 88260 | Kathy Dibble<br>PO Box 704<br>Lovington  NM 88260 |
| Allen Dibble<br>PO Box 53<br>Waterflow  NM 87421 | Kathy Dibble<br>PO Box 53<br>Waterflow  NM 87421 |

**IT IS FURTHER ORDERED** that Defendant Allen Dibble return the completed CM/ECF Pro Se Notification Form to the Court **no later than February 14, 2020**.

**IT IS FURTHER ORDERED** that Defendant Kathy Dibble return the completed CM/ECF Pro Se Notification Form to the Court **no later than February 14, 2020**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**